IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00802-EWN-CBS

SALLY K. SPELTZ,

    Plaintiff,

v.

BANK ONE, NA a/k/a JPMORGAN CHASE AND CO.,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S REQUEST FOR RECONSIDERATION OF MOTION TO CORRECT NAME OF DEFENDANT IN CASE CAPTION AND MOTION TO CORRECT NAME OF DEFENDANT IN CASE CAPTION**

---

THIS MATTER, having come before the Court on Defendant's Request for Reconsideration of Motion to Correct Name of Defendant in Case Caption, and the Court being fully advised in the premises:

HEREBY GRANTS Defendant's Motion Requesting Reconsideration of Motion to Correct Name of Defendant in Case Caption, GRANTS Defendant's Motion to Correct Name of Defendant in Case Caption, and ORDERS that the case caption in this civil action be edited to reflect Defendant's current legal name of JPMorgan Chase Bank, N.A.

DONE this __29__ day of __June__, 2005

_____
District Court Judge