IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00802-EWN -CBS

SALLY K. SPELTZ,

      Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

      Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____


      Pursuant to the Stipulation of Dismissal with Prejudice, filed by Plaintiff Sally K. Speltz

and Defendant JPMorgan Chase Bank, N.A., this lawsuit is hereby dismissed in its entirety, with

prejudice, with the parties to bear their own costs and attorneys' fees.

      DATED:  This 19th day of October, 2005.

                      By the Court:


                      /s/ Edward W. Nottingham_____
                      EDWARD W. NOTTINGHAM
                      United States District Court Judge